**Robert Michael MCKAY, Appellant,**

v.

**Cora Renae MCKAY-LLOYD, Respondent.**

**WD 79907**

Missouri Court of Appeals, Western District.

Filed: May 16, 2017

Application for Transfer to Supreme Court Denied June 29, 2017

Robert M. McKay, KCMO, Appellant pro se.

Cora Renae McKay-Lloyd, KCMO respondent pro se.

Before Division One: Gary D. Witt, P.J., and Alok Ahuja and Edward R. Ardini, Jr., JJ.

### ORDER

PER CURIAM:

Appellant Robert McKay appeals a judgment entered by the Circuit Court of Jackson County, modifying his child support obligation from $300.00 per month to $221.00 per month. McKay argues that the trial court erroneously imputed minimum-wage income to him in determining the modified child support amount, despite a determination by the Family Support Division of the Department of Social Services to close a child support enforcement case against McKay based on its finding that he is permanently and totally disabled. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).